UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Matthew Jones,<br><br>    Plaintiff,<br><br>    v.<br><br>Police Officer Adam Muniz, Police Officer Michael Vaccaro, UC #349, and Lieutenant Christopher Treubig,<br><br>    Defendants. | Case No. 1:16-cv-08080 |

## NOTICE OF APPEAL

Plaintiff Matthew Jones hereby gives notice that he appeals this Court's November 21, 2018 order, as well as the November 27, 2018 judgment against him, to the United States Court of Appeals for the Second Circuit.

Date: December 20, 2018

_____
David A. Zelman, Esq.
Attorney for Plaintiff Matthew Jones
709 Eastern Parkway
Brooklyn, NY 11213
(718) 604-3072