```
SUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────

**MATTHEW JONES,**

                 Plaintiff,    16-cv-8080 (JGK)

    - against -    ORDER

**CITY OF NEW YORK, ET AL.,**

                 Defendants.

─────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The judgment in this case having been reversed by the Court of Appeals for the Second Circuit, the mandate having been issued on July 17, 2017, and the case having been remanded to this Court for further proceedings consistent with the opinion of the Court of Appeals, the parties are directed to submit a proposed judgment to this Court by July 24, 2020. If the parties are unable to agree upon a judgment, the plaintiff may submit a proposed judgment by July 27, 2020, with any supporting explanation, and the defendants may submit a counter-proposed judgment by July 29, 2020, with any supporting explanation.

**SO ORDERED.**

**Dated:**  **New York, New York**
       **July 18, 2020**        /s/ John G. Koeltl
                                                **John G. Koeltl**
                                    **United States District Judge**