UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW JONES,

                Plaintiff,                16 **CIVIL** 8080 (JGK)

-against-

CITY OF NEW YORK, et al.,                **[PROPOSED]**
                                                                              **JUDGMENT**
                Defendants.

**WHEREAS,** on May 23, 2018, after a Jury Trial before the Honorable John G. Koeltl, United States District Judge, the jury returned a verdict finding that Defendant Lieutenant Christopher Treubig used excessive force against Plaintiff in violation of his constitutional right under the Fourth Amendment; awarding Plaintiff nominal damages in the amount of $0.25; and additionally awarding punitive damages against Defendant Treubig in the amount of $30,000.

**WHEREAS,** the jury's verdict found no liability for defendants Officer Adam Muniz, Officer Michael Vaccaro, and Undercover Officer #349.

**WHEREAS,** by Opinion and Order dated November 21, 2018, this Court found that Defendant Treubig was entitled to qualified immunity.

**WHEREAS,** on November 27, 2018, the Court entered a Judgment noting the jury's verdict and damages against Defendant Treubig, granting qualified immunity to Defendant Treubig, and dismissing Plaintiff's Complaint against all defendants with prejudice.

**WHEREAS,** on June 26, 2020, the U.S. Court of Appeals for the Second Circuit issued an opinion holding that Defendant Treubig is not entitled to qualified immunity as a matter of law and "instruct[ed] that the jury verdict against Lt. Treubig should be reinstated." *Jones v. Treubig*, 963 F.3d 214, 240 (2d Cir. 2020).

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**: The jury's verdict of excessive force against Defendant Lieutenant Christopher Treubig is reinstated;

Judgment is entered in favor of Plaintiff against Lieutenant Christopher Treubig in the amount of $0.25 in nominal damages and $30,000 in punitive damages;

Judgment is entered dismissing Plaintiff's Complaint against defendants Officer Adam Muniz, Officer Michael Vaccaro, and Undercover Officer #349 with prejudice.

Dated: New York, New York
_____, 2020

_____
**RUBY J. KRAJICK**
**Clerk of Court**

**So Ordered:**

_____          BY: _____
HON. JOHN G. KOELTL                    Deputy Clerk
United States District Judge