**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
MATTHEW JONES,

                Plaintiff,                     16 **CIVIL** 8080 (JGK)

       -against-

CITY OF NEW YORK, et al.,               **[PROPOSED] JUDGMENT**

                Defendants.

-----------------------------------------------------------------------------------------

      **WHEREAS,** on May 23, 2018, after a Jury Trial before the Honorable John G. Koeltl, United States District Judge, the jury returned a verdict againt Lieutentent Treubig and awarding plaintiff damages in the amount of $30,000.25

      **WHEREAS,** the jury's verdict found no liability for defendants Officer Adam Muniz, Officer Michael Vaccaro, and Undercover Officer #349.

      **WHEREAS,** by Opinion and Order dated November 21, 2018, this Court found that defendant Treubig was entitled to qualified immunity.

      **WHEREAS,** on November 26, 2018, the Court entered a Judgment noting the jury's verdict and damages against Defendant Treubig, granting qualified immunity to Lt. Treubig, and dismissing the plaintiff's Complaint against all defendants with prejudice.

      **WHEREAS,** on June 26, 2020, the U.S. Court of Appeals for the Second Circuit issued an Opinion holding that Defendant Lt. Treubig is not entitled to qualified immunity as a matter of law and "instruct[ed] that the jury verdict against Lt. Treubig should be reinstated." Slip Op. at 56-57.

      **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**: The jury's verdict against Defendant Lt. Treubig is reinstated.

2

Judgment is entered in favor of plaintiff against Lieutenant Christopher Treubig in the amount of $30,000.25.

Judgment is entered dismissing plaintiff's Complaint against defendants Officer Adam Muniz, Officer Michael Vaccaro, and Undercover Officer #349 with prejudice;

Dated: New York, New York
_____, 2020

_____
**RUBY J. KRAJICK**
**Clerk of Court**

**So Ordered:**

_____          **BY:** _____
HON. JOHN G. KOELTL                    Deputy Clerk
United States District Judge