**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW JONES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF NEW YORK, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:16-cv-08080-JGK<br><br>**CORRECTED MOTION FOR ADMISSION PRO HAC VICE** |

　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Amir H. Ali hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Matthew Jones in the above-captioned action.

　　I am in good standing of the bars of the State of California and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 3 2020

　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　*s/ Amir H. Ali*
　　　　　　　　　　　　　　Amir H. Ali
　　　　　　　　　　　　　　RODERICK & SOLANGE MACARTHUR JUSTICE CENTER
　　　　　　　　　　　　　　777 6th Street NW
　　　　　　　　　　　　　　11th Floor
　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　Telephone: (202) 869-3434
　　　　　　　　　　　　　　Fax: (202) 869-3435
　　　　　　　　　　　　　　amir.ali@macarthurjustice.org

　　　　　　　　　　　　　　*Counsel for Plaintiff Matthew Jones*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2020, I electronically filed the foregoing Corrected Motion for Admission Pro Hac Vice with the Clerk of the Court for the United States of District Court for the Southern District of New York by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Amir H. Ali*
Amir H. Ali