**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW JONES,<br><br>                    Plaintiff,<br><br>         v.<br><br>CITY OF NEW YORK, et al.,<br><br>                    Defendants. | Case No.: 1:16-cv-08080-JGK<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE** |

The motion of Amir H. Ali for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of California and the District of Columbia; and that his contact information is as follows:

    Applicant's Name: Amir H. Ali
    Firm Name: Roderick & Solange MacArthur Justice Center
    Address: 777 6th Street NW, 11th Floor
    City/State/Zip: Washington, DC 20001
    Telephone/Fax: (202) 869-3434 / (202) 869-3435
    Email: amir.ali@macarthurjustice.org

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Matthew Jones in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated:_____ _____

Hon. John G. Koeltl
United States District Judge