**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW JONES,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF NEW YORK, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-08080-JGK<br><br>**DECLARATION OF AMIR H. ALI IN SUPPORT OF CORRECTED MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to 28 U.S.C.§ 1746, I, AMIR H. ALI, declare as follows:

1. I am an attorney with the law firm of the Roderick & Solange MacArthur Justice Center, counsel to Plaintiff Matthew Jones in the above-captioned matter.

2. I submit this declaration in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bars of the State of California and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal court, nor have there ever been any such proceedings brought against me in any jurisdiction.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7. Wherefore I respectfully request that I be permitted to appear as counsel and advocate pro hac vice in this case on behalf of Plaintiff Matthew Jones.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of August, 2020.

        *s/ Amir H. Ali*
        Amir H. Ali
        RODERICK & SOLANGE MACARTHUR JUSTICE CENTER
        777 6th Street NW
        11th Floor
        Washington, DC 20001
        Telephone: (202) 869-3434
        Fax: (202) 869-3435
        amir.ali@macarthurjustice.org

        *Counsel for Plaintiff Matthew Jones*