ALEXIS G. PADILLA<br>
Attorney at Law<br>
290 Howard<br>
Brooklyn, NY 11233<br>
Tel. 917 238 2993<br>
alexpadilla722@gmail.com

August 5, 2020

**BY ECF**
Hon. District Judge John G. Koetl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> The conference on August 6, 2020 at 2:30 will be a teleconference. To access the teleconference, the parties and public may dial: 888-363-4749 and enter access code: 8140049.
> SO ORDERED.
>
> New York, NY           /s/ John G. Koeltl
> August 5, 2020          John G. Koeltl
>                                   U.S.D.J.

Re:     **Jones v. City of New York, et al.
16 cv 8080 (JGK)**

Your Honor:

My office represents the plaintiff, Matthew Jones, in the above-referenced matter. I write to request that the parties be able to appear by telphone for the conference currently scheduled for August 6, 2020 at 2:30 P.M. The Court's Order scheduling this conference is silent as to whether the parties are to appear personally. Since we have not received any call-in information, we thought it wise to make a formal request to appear telephonically. My office has yet to resume making in-person appearances and would like to avoid having to physically appear if possible. Also, Amir Ali, who represented plaintiff on appeal before the Second Circuit (and who the Court admitted pro hac vice) is not presently in New York and will not be able to travel here due to Covid-related restrictions. In light of the ongoing pandemic, we respectfully request that the parties be able to appear by telephone.

I thank the Court in advance for its time and attention to this matter.

Respectfully submitted,

/s/

***Alexis G. Padilla, Esq.***
Attorney for Matthew Jones

Cc:    BY ECF
       Melanie Speight, Esq.
       New York City Law Dept.
       Attorney for Defendants