UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

MATTHEW JONES,

                                    Plaintiff,

        -against-

LIEUTENANT CHRISTOPHER TREUBIG,

                                  Defendant.

**NOTICE OF MOTION FOR DEFENDANT LIEUTENANT CHRISTOPHER TREUBIG'S MOTION FOR A NEW TRIAL PURSUANT TO FED. R. CIV. P. 59 AND MOTION FOR REMITTITUR**

16-CV-8080 (JGK)

-------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Defendant Lieutenant Christopher Treubig's Motion for a New Trial Pursuant to Fed. R .Civ. P. 59 and Motion for Remittitur dated September 4, 2020; the Declaration of Melanie Speight in Support Thereof, and upon all prior pleadings and proceedings had herein, defendant will move this Court before the Honorable John G. Koeltl, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an Order made pursuant to Rule 59 of the Federal Rules of Civil Procedure, granting defendant a new trial and/or vacating or remitting the jury's award of damages together with such other relief as this Court deems just proper.

Dated:  New York, New York
           September 4, 2020

                                                JAMES E. JOHNSON
                                              Corporation Counsel of the City of
                                                  New York
                                              *Attorney for Defendant Treubig*
                                              100 Church Street, Rm. 3-189
                                              New York, New York 10007
                                              (212) 356-2425

                                        By:    /s/ *Melanie Speight*
                                                  Melanie Speight
                                                  Senior Counsel

CC: <u>VIA ECF</u>
Alexis Padilla
David Zelman
Amir Ali
*Plaintiff's Counsel*