**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------------------

MATTHEW JONES,

                Plaintiff,                         16 **CIVIL** 8080 (JGK)

    -against-

CITY OF NEW YORK, et al.,                   **NOTICE OF APPLICATION FOR**
                                                **ATTORNEY'S FEES AND COSTS**

                Defendants.

------------------------------------------------------------------------------------------

       **PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Plaintiff

Mathew Jones's Application for Attorney's Fees and Costs; upon the declarations of Alex G.

Padilla, David Zelman, Amir H. Ali, and Ian Heath Gershengorn, together with exhibits thereto;

and upon all prior pleadings and proceedings herein, that Plaintiff will move this Court before

the Honorable John G. Koeltl, United States District Judge, at the United States Courthouse for

the Southern District of New York, located at 500 Pearl Street, New York, New York, on a date

and time to be determined by the Court, for an Order granting Plaintiff attorney's fees and costs

pursuant to 42 U.S.C. § 1988, together with such other relief as this Court deems just and proper.


Dated:        Washington, D.C.                Respectfully Submitted,
               September 7, 2020                  /s/ Amir H. Ali

                                       Amir H. Ali
                                       *Admitted Pro Hac Vice*
                                       RODERICK & SOLANGE
                                         MACARTHUR JUSTICE CENTER
                                       501 H Street NE, Suite 275
                                       Washington, DC 20002
                                       (202) 869-3434
                                       amir.ali@macarthurjustice.org

Alexis G. Padilla
290 Howard Avenue
Brooklyn, NY 11233
(917) 238-2993
alexpadilla722@gmail.com

David A. Zelman
612 Eastern Parkway
Brooklyn, NY 11225
(718) 604-3072
dzelman@civrtslaw.com

*Attorneys for Plaintiff Matthew Jones*