# **EXHIBIT A**

| DATE | PURPOSE | HOURS |
|---|---|---|
| 10/13/2016 | Met with Client to discuss case and conduct intake | 3 |
| 10/14/2016 | Caselaw research concerning Qualified Immunity Issues | 4 |
| 10/15/2016 | Visiting the Scene of the Incident and speaking with neighbors | 3.3 |
| 10/15/2016 | Drafting Initial Complaint | 2.5 |
| 10/16/2016 | Drafting Initial Complaint | .8 |
| 10/16/2016 | Drafting Civil Cover Sheet | .2 |
| 10/16/2016 | Drafting Proposed Summons for Defendants City of New York | .3 |
| 10/16/2016 | Drafting Proposed Summons for Defendant Vaccaro | .3 |
| 10/16/2016 | Drafting Proposed Summons for Defendant Muniz | |
| 10/16/2016 | Filing Initial Complaint | .1 |
| 10/16/2016 | Filing Civil Cover Sheet | .1 |
| 10/16/2016 | Filing Proposed Summons for Defendant City of New York | .1 |
| 10/16/2016 | Filing Proposed Summons for Defendant Vaccaro | .1 |
| 10/16/2016 | Filing Proposed Summons for Defendant Muniz | .1 |
| 10/17/2016 | Downloaded Summons for Defendant City of New York | .1 |
| 10/17/2016 | Downloaded Summons for Defendant Vaccaro | .1 |
| 10/17/2016 | Downloaded Summons for Defendant Muniz | .1 |
| 10/17/2016 | Forwarded Summons for Defendants to Process Server via Email | .1 |
| 10/17/2016 | Reviewed Judge Koetl's Individual Rules | .3 |
| 10/18/2016 | Reviewed Local Rule 83.10 | .2 |
| 11/05/2016 | Posted Returned Summons for Defendant City of New York to ECF | .1 |
| 11/05/2016 | Posted Returned Summons for Defendant Vaccaro to ECF | .1 |
| 11/05/2016 | Posted Returned Summons for Defendant Muniz to ECF | .1 |
| 12/04/2016 | Email with Opposing Counsel concerning releases and a Motion to Adjourn Initial Conference | .5 |
| 12/04/2016 | Reviewing Consent Letter on Motion to Adjourn Conference | .2 |
| 12/13/2016 | Email to Opposing Counsel concerning 160.50 release | .1 |
| 02/20/2017 | Drafting and Preparing Limited Initial Disclosures | 3.5 |
| 02/21/2017 | Mailing Initial Disclosures | .3 |
| 02/21/2017 | Emailing Initial Disclosures | .1 |
| 02/25/2017 | Reviewing Defendant's Limited Initial Disclosures | 3 |
| 03/20/2017 | Reviewing Defendant's Answer to Initial Complaint | .5 |
| 03/24/2017 | Reviewing Email from Opposing Counsel | .1 |
| 04/14/2017 | Meeting with Client | 1.5 |
| 04/14/2017 | Preparing HIPPA Releases for City of New York | .5 |
| 04/14/2017 | Emailing Releases to Opposing Counsel | .1 |
| 05/15/2017 | Email with Opposing Counsel | .3 |
| 05/16/2017 | Discussion with Opposing Counsel and Review of Joint Letter to Court requesting an Initial Conference | .5 |
| 05/25/2017 | Drafting First Amended Complaint | 2 |
| 05/25/2017 | Drafting Proposed Summons for Defendant Treubig | .2 |
| 05/25/2017 | Filing FAC to ECF | .1 |
| 05/25/2017 | Filing Proposed Summons for Defendant Treubig to ECF | .1 |
| 06/07/2017 | Reviewed ECF Posting | .1 |

| Date | Description | Hours |
|---|---|---|
| 06/15/2017 | Drafting Plaintiff's Combined First Set of Interrogatories and Requests for Production for the City of New York | 1 |
| 06/15/2017 | Drafting Plaintiff's Combined First Set of Interrogatories and Requests for Production from Defendants Vaccaro, Muniz and Treubig | 2 |
| 06/15/2017 | Drafting Notices of Deposition for Defendants Vaccaro, Muniz and Treubig | 1 |
| 06/15/2017 | Preparation for Appearance in Court on Behalf of Plaintiff | 1 |
| 06/16/2017 | Appearance in Court on Behalf of Plaintiff | .5 |
| 06/16/2017 | Posted Returned Summons for Defendant Treubig | .1 |
| 06/16/2017 | Emailed with Process Server | .1 |
| 06/28/2017 | Reviewed Defendants' Answer to FAC | .5 |
| 06/29/2017 | Reviewed Defendants' Initial Disclosures | 2 |
| 06/29/2017 | Reviewed Defendants' First Set of Document Requests and Interrogatories | 1 |
| 06/29/2017 | Email with Opposing Counsel | .1 |
| 06/31/2017 | Phone Conversation with Client concerning Interrogatories | 1 |
| 07/05/2017 | Reviewing Correspondence with Client concerning Interrogatories | .5 |
| 07/05/2017 | Drafting Plaintiff's Responses to Defendant's DRI's | 3 |
| 07/07/2017 | Email with Opposing Counsel | .1 |
| 07/17/2017 | Email with Opposing Counsel | .1 |
| 07/24/2017 | Reviewing Defendant's Second Supplemental Disclosures | 2.5 |
| 07/26/2017 | Reviewing Defendant's Responses and Objections to Plaintiff's DRI's | 3 |
| 07/27/2017 | Drafting Plaintiff's Second Amended Complaint | 1 |
| 07/27/2017 | Email with Opposing Counsel | .5 |
| 07/27/2017 | Drafting Proposed Summons for Undercover Officer #349 | .2 |
| 07/27/2017 | Filing Second Amended Complaint | .1 |
| 07/27/2017 | Filing Proposed Summons for UC #349 | .1 |
| 07/29/2017 | Downloaded Summons for UC #349 and Emailing to Process Server | .2 |
| 08/10/2017 | Reviewing Answer to Second Amended Complaint | .5 |
| 08/21/2017 | Posting Returned Summons for UC #349 to ECF | .1 |
| 09/02/2017 | Email with Opposing Counsel | .1 |
| 09/19/2017 | Preparing Plaintiff's Supplemental Responses to Defendants' DRI's | 1 |
| 09/20/2017 | Reviewing Plaintiff's Supplemental Responses to Defendants' DRI's | .5 |
| 09/20/2017 | Email with Opposing Counsel | .1 |
| 09/29/2017 | Reviewing Letter to the Court from Opposing Counsel | .2 |
| 10/02/2017 | Email with Opposing Counsel | .1 |
| 10/08/2017 | Phone Conversation with Client to Prepare for Deposition | 1 |
| 10/11/2017 | Phone Conversation with Client to Prepare for Deposition | 1 |
| 10/12/2017 | Appearing for Plaintiff's Deposition | 4.5 |
| 10/17/2017 | Reviewing Answer to SAC | .5 |
| 10/19/2017 | Email with Opposing Counsel | .5 |
| 10/20/2017 | Email with Opposing Counsel | .1 |
| 10/24/2017 | Email with Opposing Counsel | .1 |
| 10/24/2017 | Reviewing ECF Order | .1 |
| 10/25/2017 | Email with Opposing Counsel | .1 |
| 10/26/2017 | Deposition Preparation for Defendants Vaccaro and Muniz | 5 |

| Date | Description | Hours |
|---|---|---|
| 10/27/2017 | Deposition of Defendant Vaccaro | 2.3 |
| 10/27/2017 | Deposition of Defendant Muniz | 1.3 |
| 10/30/2017 | Email with Opposing Counsel | .5 |
| 11/01/2017 | Email to Opposing Counsel | .3 |
| 11/01/2017 | Drafting Letter concerning scheduling | .5 |
| 11/01/2017 | Email with Opposing Counsel | .1 |
| 11/02/2017 | Filing Letter to ECF | .1 |
| 11/06/2017 | Email with Opposing Counsel | .1 |
| 11/09/2017 | Email with Opposing Counsel | .3 |
| 11/09/2017 | Reviewing Proposed Protective Order concerning UC #349 | .4 |
| 11/13/2017 | Preparation for Defendant Treubig Deposition | 2.3 |
| 11/14/2017 | Reviewing Defendant's Supplemental Disclosure | .5 |
| 11/14/2017 | Defendant Treubig Deposition | 1.5 |
| 11/15/2017 | Conversation with Stephanie Griffin concerning Deposition | .2 |
| 11/16/2017 | Appearance at Deposition of Stephanie Griffin | 2.8 |
| 11/17/2017 | Drafting and Preparing Plaintiff's Second Supplemental Disclosure | 1.6 |
| 11/17/2017 | Email with Opposing Counsel | .2 |
| 11/20/2017 | Email with Opposing Cousnel | .1 |
| 11/27/2017 | Preparing for UC #349's Deposition | 2.5 |
| 11/28/2017 | Defendant UC #349's Deposition | 1.5 |
| 11/29/2017 | Email with Opposing Counsel | .2 |
| 12/11/2017 | Email with Opposing Counsel | .4 |
| 12/11/2017 | Reviewing Deposition Transcript of Defendant Vaccaro | 2 |
| 12/12/2017 | Reviewing Deposition Transcript of Defendant Muniz | 1.3 |
| 12/19/2017 | Email with Opposing Counsel | .9 |
| 12/20/2017 | Email with Opposing Counsel | .2 |
| 12/20/2017 | Hand Delivering Transcripts to Opposing Counsel | 1 |
| 01/20/2018 | Reviewing Deposition Transcript for UC #349 | 2 |
| 01/22/2018 | Reviewing Deposition Transcript for Defendant Treubig | 4 |
| 01/22/2018 | Email with Opposing Counsel | .5 |
| 01/27/2018 | Conversation with Client concerning Depositions | 1 |
| 02/06/2018 | Email with Opposing Counsel | .3 |
| 02/19/2018 | Email with Opposing Counsel | .3 |
| 02/19/2018 | Drafting Letter to the Court concerning Scheduling | .7 |
| 02/19/2018 | Filing Letter to the Court concerning Scheduling | .1 |
| 02/26/2018 | Drafting First Draft of Joint Pre-Trial Statement | 4 |
| 02/27/2018 | Drafting and Reviewing First Draft of Joint Pre-Trial Statement | 1 |
| 02/27/2018 | Email with Opposing Counsel | .5 |
| 02/29/2018 | Reviewing ECF Letter | .2 |
| 03/02/2018 | Reviewing ECF Order Resetting Deadlines | .2 |
| 03/27/2018 | Email with Opposing Counsel | .1 |
| 03/29/2018 | Email with Opposing Counsel | .2 |
| 03/29/2018 | Reviewing ECF Order Resetting Deadlines | .2 |
| 04/02/2018 | Drafting First Draft of Proposed Voir Dire Questions | 6 |
| 04/03/2018 | Drafting First Draft of Proposed Jury Instructions | 5 |
| 04/04/2018 | Drafting Second Draft of Proposed Jury Instructions | 2.3 |

| 04/05/2018 | Drafting Second Draft of Voir Dire Questions | 1.5 |
| --- | --- | --- |
| 04/06/2018 | Reviewing and Editing Proposed Voir Dire and Jury Instructions | 1 |
| 04/06/2018 | Filing Proposed Voir Dire Questions | .1 |
| 04/06/2018 | Filing Proposed Jury Instructions | .1 |
| 04/06/2018 | Email with Opposing Counsel | .6 |
| 04/09/2018 | Email with Opposing Counsel | 1.3 |
| 05/09/2018 | Email with Opposing Counsel | 1.8 |
| 05/09/2018 | Email with Opposing Counsel | .9 |
| 05/09/2018 | Reviewing Case Provided by Opposing Counsel | .5 |
| 05/09/2018 | Email with Opposing Counsel concerning UC #349 and Proposed Order | 1.7 |
| 05/10/2018 | Reviewing Defense Counsel Letter to the Court concerning UC #349 | 1 |
| 05/10/2018 | Reviewing Subpoena for Stephanie Griffin | .2 |
| 05/10/2018 | Email with Opposing Counsel | .6 |
| 05/11/2018 | Reviewing Court Order | .1 |
| 05/14/2018 | Drafting Writ to have Plaintiff Produced for Trial from State Custody | 1.5 |
| 05/14/2018 | Filing Writ to ECF | .1 |
| 05/14/2018 | Reviewing Defense Motions in Limine | 1 |
| 05/14/2018 | Researching Issues Relevant to Defense Motions in Limine | 5 |
| 05/14/2018 | Email with Court and Opposing Counsel | .9 |
| 05/15/2018 | Drafting Plaintiff's Response to Defense Motions in Limine | 6 |
| 05/15/2018 | Drafting Plaintiff's Motions in Limine | 5 |
| 05/15/2018 | Filing Plaintiff's Motions in Limine | .1 |
| 05/15/2018 | Reviewing Plaintiff's Response to Defense Motions in Limine | .5 |
| 05/15/2018 | Filing Plaintiff's Response to Defense Motions in Limine | .1 |
| 05/15/2018 | Email with Opposing Counsel | .2 |
| 05/15/2018 | Reviewing Defense Reply | .6 |
| 05/15/2018 | Email with Opposing Counsel | .3 |
| 05/16/2018 | Reviewing Court Order on Writ | .1 |
| 05/16/2018 | Reviewing Transcripts and Case File in Preparation for Pre-Trial Conference | 2.3 |
| 05/17/2018 | Appearance on behalf of Plaintiff at Final Pre-Trial Conference | 1.5 |
| 05/17/2018 | Email with Opposing Counsel | 1.4 |
| 05/17/2018 | Email with Court and Opposing Counsel | .3 |
| 05/17/2018 | Reviewing Court Order | .1 |
| 05/17/2018 | Reviewing Defendants' Proposed Charge | .7 |
| 05/18/2018 | Reviewing Transcripts and Case File | 2 |
| 05/18/2018 | Preparing Opening Statement | 3.2 |
| 05/18/2018 | Preparing Direct Examination | 4.3 |
| 05/18/2018 | Email with Opposing Counsel | .6 |
| 05/18/2018 | Reviewing Court Order | .1 |
| 05/18/2018 | Preparing for Opening Statement | 1.5 |
| 05/19/2018 | Preparing Direct Examination of Plaintiff | 6 |
| 05/19/2018 | Conferring with Plaintiff | 1 |
| 05/19/2018 | Preparing Direct Examination of Stephanie Griffin | 4 |
| 05/20/2018 | Preparing Cross Examination of Defendant Vaccaro | 7 |
| 05/20/2018 | Preparing Cross Examination of Defendant Muniz | 6 |

| Date | Description | Hours |
|---|---|---|
| 05/20/2018 | Preparing for Opening Statement | 1 |
| 05/20/2018 | Preparing Trial Binder | 2 |
| 05/21/2018 | Preparing for Opening Statement | 1 |
| 05/21/2018 | Meeting with Client | .5 |
| 05/21/2018 | Appearance at Trial on behalf of Plaintiff | 8 |
| 05/21/2018 | Preparing for Re-Direct of Plaintiff | 1.5 |
| 05/21/2018 | Preparing for Cross-Examination of Defendants | 6 |
| 05/22/2018 | Reviewing Cross-Examination Questions | 1.4 |
| 05/22/2018 | Appearance at Trial on behalf of Plaintiff | 8 |
| 05/22/2018 | Preparing for Closing Argument | 5 |
| 05/22/2018 | Preparing for Charge Conference | 3 |
| 05/23/2018 | Preparing for Closing Argument | 2 |
| 05/23/2018 | Appearance at Trial on Behalf of Plaintiff | 9 |
| 05/23/2018 | Caselaw Research on Qualified Immunity and Post-Verdict Motions | 6.4 |
| 05/23/2018 | Telephone Conference with David Zelman | .5 |
| 05/24/2018 | Appearance at Trial on Behalf of Plaintiff | 5.5 |
| 05/24/2018 | Telephone Conference with David Zelman | 1 |
| 05/24/2018 | Email with David Zelman | 1 |
| 05/24/2018 | Caselaw Research on Qualified Immunity and Post-Verdict Motions | 3.6 |
| 05/25/2018 | Reviewing Defense Letter to Court | 1 |
| 05/29/2018 | Email with David Zelman | .3 |
| 06/01/2018 | Email with David Zelman | .3 |
| 06/15/2018 | Email with David Zelman | .3 |
| 06/16/2018 | Reviewing Defense Motion for Judgment | 2.5 |
| 06/16/2018 | Reviewing Relevant Caselaw | 4 |
| 06/17/2018 | Email with David Zelman | .4 |
| 06/18/2018 | Email with David Zelman | .5 |
| 06/20/2018 | Email with David Zelman | .4 |
| 06/24/2018 | Email with David Zelman | .3 |
| 06/28/2018 | Telephone Conversation with David Zelman | .3 |
| 06/29/2018 | Telephone Conversation with David Zelman | .3 |
| 07/01/2018 | Email with David Zelman | .6 |
| 07/02/2018 | Email with David Zelman | .2 |
| 07/03/2018 | Email with David Zelman | .4 |
| 07/04/2018 | Telephone Conversation with David Zelman | .3 |
| 07/04/2018 | Email with David Zelman | .2 |
| 07/09/2018 | Email with David Zelman | .2 |
| 07/11/2018 | Email with David Zelman | .2 |
| 07/18/2018 | Reviewing Plaintiff's Opposition to Defense Motion | 2 |
| 07/18/2018 | Telephone Conference with David Zelman | .8 |
| 07/20/2018 | Email with Opposing Counsel and David Zelman | 1.4 |
| 08/02/2018 | Email with Opposing Counsel and David Zelman | .3 |
| 08/14/2018 | Reviewing Reply to Plaintiff's Opposition | 2 |
| 11/14/2018 | Email with David Zelman | .4 |
| 11/15/2018 | Email with Opposing Counsel and David Zelman | .5 |
| 11/18/2018 | Email with David Zelman | .4 |

| Date | Description | Hours |
|---|---|---|
| 11/19/2018 | Telephone Conversation with David Zelman | 1 |
| 11/21/2018 | Reviewing Court's Order and Decision | 4 |
| 11/21/2018 | Caselaw Research | 2 |
| 11/21/2018 | Telephone Conversation with David Zelman | .5 |
| 11/21/2018 | Telephone conversations with various colleagues | 2 |
| 11/22/2018 | Drafting Letter to Client Explaining Court's Order and Decision | 2 |
| 11/29/2020 | Reviewing Email from Amir Ali and MacArthur Justice Foundation | .2 |
| 11/29/2020 | Telephone Conversation with David Zelman | .5 |
| 12/05/2018 | Telephone Conversation with David Zelman | .4 |
| 12/05/2018 | Email with David Zelman and Amir Ali | .1 |
| 12/06/2018 | Drafting Letter to Client concerning Appellate Representation | 1.2 |
| 12/11/2018 | Email with David Zelman and Amir Ali | .3 |
| 12/20/2018 | Reviewing Defendants' Bill of Costs | 1 |
| 12/28/2018 | Email with David Zelman and Amir Ali | .2 |
| 01/04/2019 | Email with David Zelman and Amir Ali | .2 |
| 01/16/2019 | Email with David Zelman | .2 |
| 01/25/2019 | Telephone Conversation with Client and Amir Ali | .5 |
| 01/29/2019 | Telephone Conversation with David Zelman | .3 |
| 02/14/2019 | Email with Amir Ali | .3 |
| 02/28/2019 | Email with David Zelman and Amir Ali | .4 |
| 04/15/2019 | Reviewed Appellant Brief | 2 |
| 04/17/2019 | Email with David Zelman and Amir Ali | .2 |
| 04/26/2019 | Reviewed Amicus Brief | 1 |
| 07/16/2019 | Reviewed Appellee Brief | 2 |
| 08/12/2019 | Email with David Zelman and Amir Ali | .2 |
| 09/12/2019 | Reviewed Reply Brief | 1 |
| 06/26/2020 | Reviewed Second Circuit Decision and Order | 4 |
| 06/26/2020 | Telephone Conversation with David Zelman and Amir Ali | 1 |
| 07/13/2020 | Telephone Conversation with David Zelman and Amir Ali | .3 |
| 07/17/2020 | Email with David Zelman | .2 |
| 07/18/2020 | Email with David Zelman and Amir Ali | .6 |
| 07/20/2020 | Telephone Conference with David Zelman and Amir Ali | 1.2 |
| 08/06/2020 | Appearance by Telephone on behalf of Plaintiff | .5 |
| | **Total Hours:** | **312** |
| | Rate: $500 per hour | |
| | Total Hourly Fee | **$156,000** |

| Date | Costs | Amount |
|---|---|---|
| 10/16/2016 | Filing Fee | $400 |
| 11/05/2016 | Process Server Fee for City of New York, Vaccaro and Muniz | $150 |
| 06/16/2017 | Process Server Fee for Treubig | $50 |
| 08/21/2017 | Process Server Fee for UC #349 | $50 |
| 12/05/2017 | Deposition Fees for Vaccaro and Muniz | $1,176.00 |
| 12/20/2017 | Deposition Fees for Treubig | $374.15 |
| 01/04/2018 | Deposition Fees for UC #349 | $362.30 |

| | Total Costs: | $2,562.45 |
|---|---|---|
| | | |
| | | |