# EXHIBIT B

 Gmail

Alex Padilla <alexpadilla722@gmail.com>

## Activity in Case 1:16-cv-08080 Jones v. City Of New York et al Complaint
1 message

NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>  Sun, Oct 16, 2016 at 1:02 PM
To: CourtMail@nysd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Padilla, Alexis on 10/16/2016 at 1:02 PM EDT and filed on 10/16/2016
**Case Name:** Jones v. City Of New York et al
**Case Number:** 1:16-cv-08080
**Filer:** Matthew Jones
**Document Number:** 1

**Docket Text:**
COMPLAINT against City Of New York, Jane Doe, John Doe, Adam Muniz, Michael Vaccaro. (Filing Fee $ 400.00, Receipt Number 0208-12876408)Document filed by Matthew Jones.(Padilla, Alexis)

**1:16-cv-08080 Notice has been electronically mailed to:**

Alexis Padilla &nbsp &nbsp alexpadilla722@gmail.com

**1:16-cv-08080 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=10/16/2016] [FileNumber=17253566
-0] [211584d5c3ed16837da9cde63c51c96236605d9b31cc7d5ec2727afebd74be973
ed64de519ce15fe6fa38c695341723ee92dab8c060b02398fe17a630a6f55d9]]

# INVOICE
## Avatar Neal

12 Jumel Terrace
New York NY 10032

646 620 3475 (Phone)
avatarneal@gmail.com

**Bill to**  Alex I Padilla

| | |
|---|---|
| Invoice # | INV205 |
| Date | 08/16/2017 |
| Terms | 45 days |
| Due Date | 09/30/2017 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 11/1/16 Served a summons and complaint on Michael Vaccaro, Mathew Jones vs The City of New York, etal,index# 16cv8080 | 1.00 | $50.00 | *$50.00 |
| 10/31/16 Served a summons and complaint on Adam Muniz, Mathew Jones vs The City of New York City, etal,index# 16cv8080 | 1.00 | $50.00 | *$50.00 |
| 10/31/16 Served a summons and complaint The City of New York, Mathew Jones vs The City of New York, etal,index# 16cv8080 | 1.00 | $50.00 | *$50.00 |
| 6/15/17 Served a summons and complaint on Christopher Treubig, Mathew Jones vs Lieutenant Christopher Treubig, etal,index# 16cv8089 | 1.00 | $50.00 | *$50.00 |
| 8/16/17 Served a summons and complaint on Undercover #349, Mathew Jones vs Adam Muniz, etal,index# 16cv08080 | 1.00 | $50.00 | *$50.00 |

* Indicates non-taxable item

Thank you for your business.

PAID
09/05/2020

| | |
|---|---|
| Subtotal | $250.00 |
| Vat(8.75%) | $0.00 |
| Total | $250.00 |
| Paid | $250.00 |
| **Balance Due** | **$0.00** |

1 / 1



# Diamond
### Reporting & Legal Video
T.877.624.3287 ♦ www.diamondreporting.com

PADILLA, ALEX, ESQ.  
575 DECATUR STREET  
SUITE 3  
BROOKLYN, NY  11233  

ALEX PADILLA, ESQ.

JONES, MATTHEW VS NEW YORK CITY POLICE OFFICER  
ADAM MUNIZ, P.O. MICHAEL VACCARO, LIEUTENANT  
CHRISTOPHER TREUBIG AND UNDERCOVER OFFICER #349  
INDEX NO: 16CV8080

INVOICE NO.: 173720501  
INVOICE DATE: 12/5/2017  

REPORTER:  
CAITLIN RYAN  

TAX ID #: 11-266-5545  
BILLER ID: NH

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/27/2017 | EXAM. BEFORE TRIAL OF THE DEFD., MICHAEL VACARO 183 PGS ORIGINAL & 2 COPIES - YOUR CHARGE | 722.85 |
| 10/27/2017 | EXAM. BEFORE TRIAL OF THE DEFD., ADAM MUNIZ 97 PGS | |
| | ORIGINAL & 2 COPIES - YOUR CHARGE | 383.15 |
| | 1/2 DAY APPEARANCE - YOUR CHARGE | 55.00 |
| | DELIVERY & HANDLING | 15.00 |
| | FEDERAL CASE | |

| | |
|---|---|
| SUB TOTAL | $1,176.00 |
| PAID | $0.00 |
| BALANCE DUE | $1,176.00 |

\*\* PLEASE NOTE PAYMENT TERMS ARE NET 30 DAYS \*\*  
WE ACCEPT ALL MAJOR CREDIT CARDS  
WE ACCEPT WIRE TRANSFER - PLEASE CONTACT OUR OFFICE FOR DETAILS  
PLEASE NOTE INVOICE NUMBER ON YOUR PAYMENT - THANK YOU  

INVOICE REMINDER  
\*\*\*PLEASE SEND PAYMENT TO: 16 COURT STREET, SUITE 907, BROOKLYN, NY 11241\*\*\*

Make checks payable to:  Diamond Reporting, Inc.

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover   ☐ Check

Credit Card #: _____  
Exp. Date: _____   Security Code: _____  
Name on Card: _____

DIAMOND DEPOSITION CENTERS

New York Offices:  
Manhattan, Brooklyn, Bronx,  
Queens, Staten Island, Dutchess,  
Melville, Mineola, Orange, Rockland,  
Sullivan, White Plains, Ulster  
• • • • • • • • • • • •  
New Jersey



**Diamond**
Reporting & Legal Video
T.877.624.3287 ♦ www.diamondreporting.com

PADILLA, ALEX, ESQ.  
575 DECATUR STREET  
SUITE 3  
BROOKLYN, NY 11233  

ALEX PADILLA, ESQ.  

JONES, MATTHEW VS CITY OF NEW YORK  
INDEX NO: 8080/16  

INVOICE NO.: 173575701  
INVOICE DATE: 12/20/2017  

TAX ID #: 11-266-5545  
BILLER ID: RT  

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/14/2017 | DEPOSITION OF THE DEFENDANT, CHRISTOPHER TREUBIG 77PGS | |
| | ORIGINAL & 2 COPIES - YOUR CHARGE | 304.15 |
| | 1/2 DAY APPEARANCE - YOUR CHARGE | 55.00 |
| | DELIVERY & HANDLING | 15.00 |

SUB TOTAL $374.15  
PAID $0.00  
BALANCE DUE $374.15  

** PLEASE NOTE PAYMENT TERMS ARE NET 30 DAYS **  
WE ACCEPT ALL MAJOR CREDIT CARDS  
WE ACCEPT WIRE TRANSFER - PLEASE CONTACT OUR OFFICE FOR DETAILS  
PLEASE NOTE INVOICE NUMBER ON YOUR PAYMENT - THANK YOU  

INVOICE REMINDER  
***PLEASE SEND PAYMENT TO: 16 COURT STREET, SUITE 907, BROOKLYN, NY 11241***  

Make checks payable to: Diamond Reporting, Inc.  

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover   ☐ Check  

Credit Card #: _____  
Exp. Date: _____   Security Code: _____  
Name on Card: _____  

**DIAMOND DEPOSITION CENTERS**

New York Offices:  
Manhattan, Brooklyn, Bronx,  
Queens, Staten Island, Dutchess,  
Melville, Mineola, Orange, Rockland,  
Sullivan, White Plains, Ulster  
• • • • • • • • • • •  
New Jersey



# Diamond
### Reporting & Legal Video
T.877.624.3287 ♦ www.diamondreporting.com

PADILLA, ALEXIS, ESQ.  
575 DECATUR STREET  
SUITE 3  
BROOKLYN, NY  11233  

ALEXIS PADILLA, ESQ.  

JONES, MATTHEW VS NEW YORK CITY POLICE OFFICER  
ADAM MUNIZ, P.O. MICHAEL VACCARO, LIEUTENANT  
CHRISTOPHER TREUBIG AND UNDERCOVER OFFICER #349  
INDEX NO:  16CV8080  

INVOICE NO.:  174503301  
INVOICE DATE:  1/4/2018  

TAX ID #:  11-266-5545  

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/28/2017 | DEPOSITION OF THE DEFENDANT, UC349 74PGS | |
| | ORIGINAL & 2 COPIES - YOUR CHARGE | 292.30 |
| | 1/2 DAY APPEARANCE - YOUR CHARGE | 55.00 |
| | DELIVERY & HANDLING | 15.00 |
| | SUB TOTAL | $362.30 |
| | PAID | $0.00 |
| | BALANCE DUE | $362.30 |

** PLEASE NOTE PAYMENT TERMS ARE NET 30 DAYS **  
WE ACCEPT ALL MAJOR CREDIT CARDS  
WE ACCEPT WIRE TRANSFER - PLEASE CONTACT OUR OFFICE FOR DETAILS  
PLEASE NOTE INVOICE NUMBER ON YOUR PAYMENT - THANK YOU  

INVOICE REMINDER  
***PLEASE SEND PAYMENT TO:  16 COURT STREET, SUITE 907, BROOKLYN, NY 11241***  

Make checks payable to:  Diamond Reporting, Inc.  

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover   ☐ Check  

Credit Card #: _____  
Exp. Date: _____   Security Code: _____  
Name on Card: _____  

DIAMOND DEPOSITION CENTERS  

New York Offices:  
Manhattan, Brooklyn, Bronx,  
Queens, Staten Island, Dutchess,  
Melville, Mineola, Orange, Rockland,  
Sullivan, White Plains, Ulster  
• • • • • • • • • • •  
New Jersey