Jones v. City of New York, 16-08080-JGK
Total Hours as of August 14 ,2020
Hourly Rate: $600.00

May 23 2018
Hours: 0.5
Des: T/C Alex Padilla : Trial Progress

Hours: 2.0
Des: Research Q.I. /special Interrogatories

May 24 2018
Hours: 0.2
Desc: File NOA

Hours: 1.0
Desc: T/C Alex Padilla : Trial

Hours: 3.0
Desc: Research and Draft Q.I. letter

Hours: 1.0
Desc: Emails Alex Padilla: Trial

May 25 2018
Hours: 1.5
Desc: Research and File letter with court

May 29 2018
Hours: 0.3
Des: Emails Alex Padilla Re: Trial issues

June 1 2018
Hours: 0.3
Des: Emails Alex Padilla Re: Ordering Transcript

June 15 2018
Hours: 0.5
Des: Emails Alex Padilla Re Defendants JMOL

June 16 2018
Hours: 4.0

Desc: Research and Review Defendants Motion , JMOL

June 17 2018
Hours: 0.4
Des: Emails Alex Padilla Re Defendants Motion

June 18 2018
Hours: 1.0
Des: Research Defense Counsel Brief

Hours: 0.5
Des: Emails Alex Padilla Re  Brief and ordering transcripts

June 20 2018
Hours: 0.4
Des: Emails Alex Padilla Re ordering transcripts

June 24 2018
Hours:  0.3
Des: Emails Alex Padilla Re Deadlines

June 25 2018
Hours: 2.0
Des: Receive and Review Trial transcripts

June 28 2018
Hours: .3
Des: Disc. w/ Alex Padilla

June 29 2018
Hours: 0.3
Des: Disc w Alex Padilla

July 1 2018
Hours: 0.6
Des: Email Alex Padilla Re Portions of Trial Transcript

Hours: 2.0
Review Trial transcripts

July 2 2018
Hours: 0.2
Des: Emails Alex Padilla Re: Trial Transcripts

July 3 2018
Hours: 2.5

Des: Research Legal issues Re JMOL,  Review July Charge

Hours: 0.4
Hours: Emails Alex Padilla

Hours: 0.4
Des: Emails Speight

July 4 2018
Hours: 0.5
Des: T/C ,Emails Alex Re July charge, JMOL

Hours: .4
Des: Emails M. Speight – letter to court

Hours: 0.3
Des: File letter with Court

July 6 2018
Hours: 0.2
Review Order from CT Re deadlines

July 9 2018
Hours: 0.2
Des: Emails Alex Padilla Re Transcripts

July 11 2018
Hours: 0.2
Des: Emails Alex Padilla Re Transcripts


July 16 2018
Hours: 1.0
Des: Receive and review Trial Transcript

July 17 2018
Hours: 2.0
Des: Review Trial Transcript

July 18 2018
Hours: 0.8
Des: T/C Alex Padilla and emails Re Motion


Hours: 6.0
Des: Draft Opp to Motion

July 19 2018
Hours: 7.0
Des: Draft Opp to Motion

July 20 2018
Hours: 3.0
Des: Edit Motion and File Motion

July 30 2018
Hours: 0.2
Des: Review Court Orders

August 2 2018
Hours: 0.3
Des: Emails D.C. and Alex Padilla Re: scheduling

Hours: 0.2
Des: Draft Letter to court

August 8 2018
Hours: 0.2
Des: Review Document letter to Court

August 9 2018
Hours: 0.1
Des: Review Court Order

August 14 2018
Hours: 2.0
Desc: Review Defendants Reply MEMO

August 16 2018
Hours: 0.2
Review Document

November 14 2018
Hours: 0.4
Review Court Orders
Emails Alex Padilla Re scheduling

November 15 2018
Hours: 0.5
Emails Alex Padilla and D.C,  Re Oral
Argument, Scheduling

November 18 2018
Hours: 2.5
Des: Prep Jones Oral Argument

November 18 2018
Hours: 0.4
Des: Emails Alex Padilla Re Arguments

November 19 2018
Hours: 1.8
Des: Attend Oral Argument
Emails Alex Padilla Re Oral Argument

November 21 2018
Hours: 0.5
Des: T.C. Alex Padilla Re: Oral Argument

Hours: 0.3
Des: T/C Colleague regarding appeal


Hours: 1.0
Des: Read Courts Order

Hours: 0.5
Des: Emails Alex Padilla Re Courts Order and Appeal

Hours: 1.0
Des: Contact Appellate Counsel and discuss

November 28 2018
Hours: 0.2
Des: Emails With Amir Ali

Hours: 0.3
Des: Emails with other app. counsel

Hours: 0.2
Des: Review Court order on docket

December 5 2018
Hours: 0.6

Des: Email Amir Re NOA -Filing

Hours: 0.3
Des: Review Retainer

Hours: 0.4
Des: Discuss with Alex

Hours: 0.8
Des: Transfer File to Amir Ali

December 7 2018
Hours: 0.2
Des: Review Court Order

December 11 2018
Hours: 0.3
Hours: Emails Amir Ali and Alex
Re: Retainer issues and NOA

December 20 2018
Hours: 0.2
Des: Review bill of costs, order

Hours: 0.6
File NOA

December 21 2018
Hours: 0.2
Review Court Orders – 2nd circuit

December 25 2018
Hours: 0.3
Des: Review Retainer agreement; Sent to Amir Ali

December 28 2018
Hours: 0.2
Des: Email Amir and Alex Re App. Fee

January 3 2019
Hours: 0.1
Des: Review Court Order

Hours: 0.6
Emails Amir Re Transcripts/ receiving full file


January 4 2019

Hours: 0.3
Des: Review Court Order

Hours: 0.2
Des:  Emails w/ Amir and Alex
Re: Forms C and D

January 7 2019
Hours:  0.2
Des: Review Order Re: Camp conference

Hours: 0.3
Des: Review Court Orders

January 8 2019
Hours: 0.1
Des: Review Retainer Agreement

January 9 2019
Hours: 0.1
Des: Review court Order

January 16 2019
Hours: 0.5
Des: Review Hearing transcript RE: Q.I.

Hours: 0.1
Order: Review Court Order

Hours: 0.2
Des: Emails A.P. Re: Camp Conference

January 25 2019
Hours: 0.2
Des: Emails Re: Camp Conference

January 29 2019
Hours: 0.4
Des: Emails Re: Camp Conference

Hours:0.3
Des: Emails Alex Padilla Re: Conference and appeal

January 31 2019
Hours: 0.1
Des: Review court order Re: Appeal

February 7 2019

Hours: 0.2
Des: Review Court order RE: Appeal

February 14 2019
Hours: 0.3
Des: Email from MacArthur and Amir Re: Camp conference

February 19 2019
Hours: 0.3
Des: Review Emails Re Camp Conference Prep.

February 20 2019
Hours: 0.2
Des: Review Email Re Camp conference instructions

February 28 2019
Hours: 1.0
Des: T/C Attend camp conference

Hours: 0.4
Des: Emails RE: Camp Conference: Alex Padilla and Amir Ali

March 29 2019
Hours: 0.4
Des: Email from Amir Re Appellants

Hours: 0.3
Review Letter to court

April 15 2019
Hours: 2.5
Des: Review Jones Brief

Hours: 0.5
Des: With Amir Ali Re: Issues in Brief

April 17 2019
Hours: 0.2
Des: Emails with Alex and Amir Re M. Jones being released

April 22 2019
Hours: 0.6
Des: Emails with Amir Re: filing Notice of Appearance in 2nd Circuit

Hours: 0.5
Des: File NOA in Circuit

Hours: 1.5

Des: Review Amicus Brief

April 23 2019
Hours: 0.2
Des: Review Court entries

April 24 2019
Hours: 0.2
Des: Review court entries

May 3 2019
Hours: 0.1
Des: Review Court entry

July 15 2019
Hours: 0.2
Des: Review Court Entries

July 19 2019
Hours: 2.0
Des: Review Defendants Brief

July 20 2019
Hours: 0.2
Des: Review Court entries

August 2 2019
Hours: 0.1
Des: Review Court entry

August 7 2019
Hours: 2.5
Des: Review reply brief

August 12 2019
Hours: 0.2
Des: Emails Amir/ Alex RE: Reply

August 16 2019
Hours: 0.2
Des: Review Court entry

October 3 2019
Hours: 0.1

October 23 2019
Hours: 0.1
Des: Review argument Notice

December 2 2019
Hours: 0.3
Des: Emails with Amir Re: Argument Issues

December 4 2019
Hours: 0.1
Des: Review Court entry

December 6 2019
Hours: 0.1
Des: Review court entry

December 9 2019
Hours: 0.2
Des: Review letter to court

December 11 2019
Hours: 4.5
Des: Attend argument, meeting with Amir Ali and client

June 26 2020
Hours: 4.0
Des: Read decision
T/C Amir Alex and others

July 10 2020
Hours: 0.2
Des: Review Bill of Costs

July 13 2020
Hours:  0.3
Des:  Conference with Alex and Amir Re: Fee App.

July 17 2020
Hours: 0.3
Review Court Entries

Hours: 0.2
Des:  with Amir and Alex Re Fee Apps.
Hours: 0.3
Des: Email D.C. Re: Fee Apps Scheduling

July 18 2020
Hours: 0.6
Des: Emails with Amir and Alex Re: Coordinating File App.

July 20 2020

Hours: 1.2
Des: Conference with Amir Ali and Alex Padilla Regarding submitting judgment; Review order and contact defense counsel regarding submitting judgment

July 21, 2020
Hours: .3
Discussion with counsel re interest on judgment

July 22, 2020
Hours: .4
Emails, Amir Ali, Esq. and Defense counsel re motion practice

July 23, 2020
Hours: .8
Telephone conf with Amir Alir, Esq. and emails re judgment issues

July 24, 2020
Hours: .8
Telephone conf and Emails with Amir Ali, Esq. re motion practice/fee application

August 4, 2020
Hours: .4
Emails re: conference with plaintiffs counsel

August 5, 2020
Hours: .4
Prepare for conference, emails with plaintiffs counsel

August 6, 2020
Hours: 2.1
Prepare conf (.5)
Conf with Court (.7)
T/c with palintiffs' counsel following conference (.5)
Research Fee App (.4)

August 14, 2020
Hours: 3.0
Research Fee Issues (1.5)
Draft fee application (1.5)

TOTAL: 104.5 x $600=$62,700.00