**TIME RECORDS FOR ATTORNEY AMIR H. ALI**

**CURRENT NOVEMBER 2019 THROUGH SEPTEMBER 4, 2020**

| Description | Date | Time |
|---|---|---|
| Draft and revise fee application; collect and prepare exhibits for fee application. | 9/4/2020 | 2.8 |
| Draft memo of law for fee application. | 9/3/2020 | 3.4 |
| Research second circuit caselaw re lodestar calculation, reasonable rates, and adjustments. | 9/1/2020 | 2.2 |
| Draft and revise affidavit for attorneys fees motion. | 8/17/2020 | 1.9 |
| Confer re attorneys fees motion; review research re attorneys fees motion. | 8/12/2020 | 0.8 |
| Review and analyze research and caselaw for attorneys fees motion. | 8/11/2020 | 1.3 |
| Prepare for status conference re parties' proposed judgments; attend status conference. | 8/6/2020 | 1.4 |
| Review post-trial motions and transcripts in preparation for status hearing. | 8/5/2020 | 0.8 |
| Review defendant's letter and proposed judgment; confer re defendant's submission. | 7/29/2020 | 0.6 |
| Draft letter to court re plaintiff's proposed judgment and defendants' apparent disagreement. | 7/26/2020 | 0.8 |
| Research entitlement to judgment given defendant's position. | 7/26/2020 | 0.7 |
| Review memo analyzing right to attorneys fees. | 7/25/2020 | 0.3 |
| Analyze entitlement to judgment in light of opposing counsel's position. | 7/25/2020 | 1.6 |
| Review pro hac vice materials. | 7/25/2020 | 0.1 |
| Follow up with opposing counsel for response re proposed judgment. | 7/25/2020 | 0.1 |
| Analyze entitlement to judgment re punitive damages in light of opposing counsel's position. | 7/24/2020 | 0.1 |
| Follow up with opposing counsel for response re proposed judgment. | 7/24/2020 | 0.1 |
| Review research and caselaw concerning post-judgment interest. | 7/23/2020 | 0.4 |
| Review opposing counsel's new proposed judgment; draft response memorializing opposing counsel's apparent disputes. | 7/23/2020 | 0.8 |
| Review opposing counsel's proposed judgment; incorporate opposing counsel's revisions into our proposed judgment. | 7/23/2020 | 0.9 |
| Correspond with opposing counsel re their position that we should file separate judgments. | 7/23/2020 | 0.6 |
| Review research and caselaw concerning post-judgment interest. | 7/21/2020 | 0.7 |
| Review and revised proposed judgment. | 7/21/2020 | 0.3 |
| Prepare itemized bill of costs for court of appeal | 7/10/2020 | 0 |
| Confer re next steps on remand. | 7/8/2020 | 0.2 |
| Review and analyze court of appeals opinion for next steps on remand. | 6/26/2020 | 0.8 |
| Analyze and confer re possible 28j for 4th circuit case. | 6/9/2020 | 0.3 |
| Analyze and confer re possible 28j for 11th circuit case. | 5/28/2020 | 0.7 |
| Review two cases for potential 28j to court of appeals. | 4/23/2020 | 0.4 |
| Review case for potential 28j to court of appeals. | 4/9/2020 | 0.2 |

| Description | Date | Hours |
|---|---|---|
| Review case for potential 28j to court of appeals. | 3/11/2020 | 0.1 |
| Review two cases for potential 28j to court of appeals. | 2/28/2020 | 0.4 |
| Review case for potential 28j to court of appeals. | 2/12/2020 | 0.3 |
| Review case for potential 28j to court of appeals. | 2/10/2020 | 0.3 |
| Review two cases for potential 28j to court of appeals. | 1/25/2020 | 0.6 |
| Confer re BIO. | 1/8/2020 | 2.2 |
| Draft 28j. | 1/3/2020 | 1.4 |
| Travel from NY to DC; review oral argument audio. | 12/12/2019 | 6.5 |
| Present oral argument; confer following argument. | 12/11/2019 | 4.1 |
| Travel to NY; prepare for oral argument. | 12/10/2019 | 8.9 |
| Participate in moot; prepare for oral argument. | 12/9/2019 | 10.8 |
| Oral argument preparation. | 12/6/2019 | 9.8 |
| Conferred re moot; prepared for oral argument; revised 28j. | 12/5/2019 | 7.5 |
| Drafted 28j letter. | 12/4/2019 | 3.3 |
| Prepared for oral argument; reviewed oral argument preparation research; participated in moot.. | 12/4/2019 | 6.8 |
| Reviewed potential 28j case. | 10/31/2019 | 0.3 |
| Reviewed potential 28j case. | 10/21/2019 | 0.5 |
| Revised and finalized reply brief. | 8/12/2019 | 3.9 |
| Conferred re policy arguments for reply; drafted policy section. | 8/9/2019 | 2.7 |
| Revised reply brief. | 8/6/2019 | 6.1 |
| Researched and revised draft of reply. | 8/5/2019 | 5.3 |
| Conferred re filing of motion for extension. | 8/2/2019 | 0.6 |
| Drafted motion for extension to file reply. | 8/1/2019 | 0.8 |
| Reviewed trial record; revised draft of reply brief. | 7/25/2019 | 4.6 |
| Researched for reply; drafted reply brief. | 7/24/2019 | 7.2 |
| Researched for reply; drafted reply brief. | 7/23/2019 | 8.3 |
| Researched and analyzed arguments for reply. | 7/22/2019 | 5.3 |
| Conferred re appellee brief. | 7/16/2019 | 1.6 |
| Reviewed and analyzed appellee brief. | 7/15/2019 | 2.6 |
| Conferred re advance research and analysis for reply brief. | 7/2/2019 | 1.2 |
| Conferred re advance research and analysis for reply brief. | 6/19/2019 | 0.7 |
| Confer re filing of corrected appeal brief. | 4/22/2019 | 0.6 |
| Confer re hardcopies of opening brief. | 4/16/2019 | 0.2 |
| Revised and prepared opening brief for filing. | 4/15/2019 | 10.1 |

| Description | Date | Hours |
|---|---|---|
| Revised draft. | 4/14/2019 | 6.8 |
| Revised opening brief. | 4/12/2019 | 7 |
| Conducted research re policy arguments against QI; drafted policy section. | 4/11/2019 | 7.2 |
| Drafted and revised opening brief. | 4/10/2019 | 8.2 |
| Conducted research re particularized caselaw as to force against subdued individuals; reviewed trial record. | 4/9/2019 | 7.7 |
| Conducted further research for particularlized caselaw as applied to tasers or similar force and passive resistance; revised op | 4/8/2019 | 8.2 |
| Drafted opening brief. | 4/5/2019 | 9.8 |
| Drafted opening brief. | 4/3/2019 | 10.1 |
| Drafted opening brief; conducted review of trial record and post-trial record for fatual section. | 4/2/2019 | 8.8 |
| Conferred with potential amici. | 4/1/2019 | 1.1 |
| Researched and analyzed caselaw concerning qualified immunity; researched for cases arising on particularized facts. | 4/1/2019 | 6.1 |
| Reviewed trial recod; researched law concerning supplemental interrogatories; researched additional caselaw concerning us | 3/30/2019 | 8.9 |
| Researched and analyzed excessive force and qualified immunity caselaw for arguments on appeal. | 3/29/2019 | 9.5 |
| Conferred re and analyzed joint appendix. | 3/26/2019 | 1.3 |
| Conferred with potential amici. | 3/22/2019 | 0.8 |
| Conferred with potential amici. | 3/19/2019 | 0.3 |
| Reviewed and conducted research of taser law across jurisdictions. | 3/16/2019 | 3.3 |
| Reviewed initial outline of potential arguments. | 3/15/2019 | 3.1 |
| Reviewed and conducted additional research concerning use of force in presence of passive resistance. | 3/14/2019 | 6.8 |
| Conferred re mediation. | 2/28/2019 | 0.2 |
| Reviewed research memo and underlying caselaw. | 2/28/2019 | 2.4 |
| Conferred re mediation. | 1/25/2019 | 0.3 |
| Conferred and participated in calls with potential amici for appeal. | 1/23/2019 | 1.9 |
| Reviewed and conducted research re issues for appeal. | 1/23/2019 | 5.5 |
| Conducted initial research concerning potential grounds for appeal. | 1/10/2019 | 5.9 |
| Participated in meeting re appellate strategy. | 1/8/2019 | 1.6 |
| Completed entry of appearance for appeal. | 1/5/2019 | 0.2 |
| Conferred re availability of transcripts. | 1/3/2019 | 0.3 |
| Prepared initial filings for appeal under Second Circuit rules. | 1/3/2019 | 4.1 |
| Drafted notice of appeal; reviewed Second Circuit local rules. | 12/10/2018 | 0.6 |
| Reviewed available trial transcripts. | 12/5/2018 | 3.9 |
| Researched and analyzed issues re potential appeal based on district court opinion. | 11/28/2018 | 8.5 |
| Reviewed district court opinion and underlying caselaw. | 11/27/2018 | 0.9 |
| **TOTAL:** | | 302.2 |