**TIME RECORDS FOR ATTORNEY MEGHA RAM**

**CURRENT NOVEMBER 2019 THROUGH AUGUST 6, 2020**

| Description | Date | Time | Reduced Time | A Ali Notes |
|---|---|---|---|---|
| Reading d.ct. opinion for oral argument preparation | 11/1/2019 | 0.2 | 0 | Getting up to speed; not charged |
| Reading d.ct. opinion for oral argument preparation | 11/1/2019 | 0.1 | 0 | Getting up to speed; not charged |
| Reading d.ct. opinion for oral argument preparation | 11/1/2019 | 0.3 | 0 | Getting up to speed; not charged |
| Reviewing jury verdict & interrogatories for oral argument preparation | 11/1/2019 | 0.1 | 0 | Getting up to speed; not charged |
| Reviewing various letters, memos, orders for oral argument preparation | 11/1/2019 | 0.2 | 0.2 | |
| Reviewing various letters, memos, orders for oral argument preparation | 11/1/2019 | 0.2 | 0.2 | |
| Reviewing various letters, memos, orders for oral argument preparation | 11/1/2019 | 0.4 | 0.4 | |
| Reading opening brief for oral argument preparation | 11/3/2019 | 0.4 | 0 | Getting up to speed; not charged |
| Reading opening brief for oral argument preparation | 11/4/2019 | 0.4 | 0 | Getting up to speed; not charged |
| Reading opening brief for oral argument preparation | 11/4/2019 | 0.2 | 0 | Getting up to speed; not charged |
| Reading opposition brief for oral argument preparation | 11/4/2019 | 0.1 | 0 | Getting up to speed; not charged |
| Reading opposition brief for oral argument preparation | 11/4/2019 | 0.1 | 0 | Getting up to speed; not charged |
| Reading opposition brief for oral argument preparation | 11/4/2019 | 0.5 | 0 | Getting up to speed; not charged |
| Reading reply brief for oral argument preparation | 11/4/2019 | 0.3 | 0 | Getting up to speed; not charged |
| Reading reply brief for oral argument preparation | 11/4/2019 | 0.2 | 0 | Getting up to speed; not charged |
| Reading amicus brief for oral argument preparation | 11/4/2019 | 0.2 | 0 | Getting up to speed; not charged |
| Reviewing trial transcript for oral argument | 11/4/2019 | 0.3 | 0 | Getting up to speed; not charged |
| Reviewing trial transcript for oral argument | 11/4/2019 | 0.2 | 0 | Getting up to speed; not charged |
| Reviewing trial transcript for oral argument | 11/4/2019 | 0.6 | 0 | Getting up to speed; not charged |
| Reviewing trial transcript for oral argument | 11/4/2019 | 0.7 | 0 | Getting up to speed; not charged |
| Legal & factual research for oral argument | 11/4/2019 | 0.3 | 0.3 | |
| Legal & factual research for oral argument | 11/4/2019 | 0.5 | 0.5 | |
| Legal & factual research for oral argument | 11/4/2019 | 0.1 | 0.1 | |
| Legal & factual research for oral argument | 11/4/2019 | 0.4 | 0.4 | |
| Legal & factual research for oral argument | 11/4/2019 | 0.7 | 0.7 | |
| Legal & factual research for oral argument | 11/5/2019 | 0.2 | 0.2 | |
| Legal & factual research for oral argument | 11/5/2019 | 0.1 | 0.1 | |
| Legal & factual research for oral argument | 11/5/2019 | 0.5 | 0.5 | |
| Legal & factual research for oral argument | 11/5/2019 | 0.2 | 0.2 | |

| Description | Date | Hours | Hours |
|---|---|---|---|
| Legal & factual research for oral argument | 11/5/2019 | 0.1 | 0.1 |
| Legal & factual research for oral argument | 11/5/2019 | 0.2 | 0.2 |
| Legal & factual research for oral argument | 11/5/2019 | 0.5 | 0.5 |
| Legal & factual research for oral argument | 11/5/2019 | 0.7 | 0.7 |
| Legal & factual research for oral argument | 11/5/2019 | 0.5 | 0.5 |
| Legal & factual research for oral argument | 11/5/2019 | 0.3 | 0.3 |
| Legal & factual research for oral argument | 11/5/2019 | 0.3 | 0.3 |
| Legal & factual research for oral argument | 11/5/2019 | 0.2 | 0.2 |
| Legal & factual research for oral argument | 11/5/2019 | 0.3 | 0.3 |
| Legal & factual research for oral argument | 11/6/2019 | 0.1 | 0.1 |
| Legal & factual research for oral argument | 11/6/2019 | 0.3 | 0.3 |
| Legal & factual research for oral argument | 11/6/2019 | 0.1 | 0.1 |
| Legal & factual research for oral argument | 11/6/2019 | 0.6 | 0.6 |
| Legal & factual research for oral argument | 11/6/2019 | 0.6 | 0.6 |
| Legal & factual research for oral argument | 11/6/2019 | 0.3 | 0.3 |
| Compiling oral arg prep sheet for Amir | 11/6/2019 | 0.3 | 0.3 |
| Legal & factual research for oral argument preparation | 11/6/2019 | 0.1 | 0.1 |
| Reviewing relevant decisions issued after briefing | 11/11/2019 | 0.4 | 0.4 |
| Reviewing relevant decisions issued after briefing | 11/12/2019 | 0.1 | 0.1 |
| Reviewing relevant decisions issued after briefing | 11/12/2019 | 0.5 | 0.5 |
| Reviewing relevant decisions issued after briefing | 11/12/2019 | 0.4 | 0.4 |
| Reviewing relevant decisions issued after briefing | 11/12/2019 | 0.9 | 0.9 |
| Reviewing relevant decisions issued after briefing | 11/12/2019 | 0.3 | 0.3 |
| Reviewing relevant decisions issued after briefing | 11/12/2019 | 0.5 | 0.5 |
| Reviewing relevant decisions issued after briefing | 11/12/2019 | 0.1 | 0.1 |
| Compiling notes on key post-briefing cases for Amir | 11/12/2019 | 0.5 | 0.5 |
| Reviewing relevant decisions issued after briefing | 11/19/2019 | 0.2 | 0.2 |
| Reviewing relevant decisions issued after briefing | 11/21/2019 | 0.1 | 0.1 |
| Legal Research | 12/2/2019 | 1.2 | 1.2 |
| Legal Research | 12/2/2019 | 0.4 | 0.4 |
| Legal Research | 12/2/2019 | 0.7 | 0.7 |
| Legal Research | 12/2/2019 | 0.3 | 0.3 |
| Legal Research | 12/2/2019 | 0.4 | 0.4 |
| Legal Research | 12/2/2019 | 0.7 | 0.7 |

| | | | |
|---|---|---|---|
| Legal Research | 12/2/2019 | 1.1 | 1.1 |
| Legal Research | 12/6/2019 | 1.1 | 1.1 |
| Legal Research | 12/6/2019 | 0.4 | 0.4 |
| Moot at Jenner | 12/9/2019 | 1.5 | 1.5 |
| Jones Research | 12/9/2019 | 0.4 | 0.4 |
| Research re reinstating verdicts | 7/20/2020 | 1.1 | 1.1 |
| Research re reinstating verdicts | 7/20/2020 | 0.4 | 0.4 |
| Research re post-judgment interest | 7/21/2020 | 2.2 | 2.2 |
| Research re post-judgment interest | 7/21/2020 | 0.8 | 0.8 |
| Research re post-judgment interest | 7/21/2020 | 0.2 | 0.2 |
| Research re nominal & punitive damages | 7/24/2020 | 0.9 | 0.9 |
| **Total** | | 32 | 27.1 |

**TIME RECORDS FOR DAVID SCHMUTZER**

**January 2019 through September 2019**

| Description | Date | Time | Reduced Time | A Ali Notes |
|---|---|---|---|---|
| Drafting Matthew Jones opening brief | 3/27/2019 | 3.8 | 2 | Partially used |
| Drafting Matthew Jones opening brief | 3/27/2019 | 9.4 | 3.5 | Partially used |
| Revising and proofreading M. Jones opening brief | 3/28/2019 | 6.3 | 2 | Partially used |
| Research for Matthew Jones brief | 4/12/2019 | 0.7 | 0 | Not used |
| Research on subjective beliefs that are unreasonable | 4/12/2019 | 3.5 | 3.5 | |
| Adding appendix cites to facts section of brief | 4/12/2019 | 2.9 | 1.5 | Reduced based on efficiency |
| revising fact section | 4/12/2019 | 3.4 | 1 | Reduced based on efficiency |
| Going through amir's comments in draft, proofreading, and filing | 4/15/2019 | 13.2 | 3.5 | Reduced based on efficiency |
| Writing anticipated response to Brown v. NYC argument for reply | 6/18/2019 | 5.1 | 0 | Not used |
| Revising, proofreading, and sending anticipated responses to Brown v. NYC | 6/19/2019 | 3.0 | 0 | Not used |
| Pre-reply research on case development of CEL | 7/9/2019 | 2.5 | 1 | Partially used |
| Pre-reply research on case development of CEL | 7/9/2019 | 3.4 | 1.5 | Partially used |
| Pre-reply research on case development of CEL | 7/10/2019 | 6.5 | 3 | Partially used |
| Pre-reply research on case development of CEL | 7/13/2019 | 2.5 | 1 | Partially used |
| Reading and making notes on appellees' response brief. | 7/15/2019 | 2.2 | 1 | Partially used |
| Addressing various research issues for reply brief | 7/19/2019 | 7.6 | 2.5 | Reduced based on efficiency |
| Drafting section as to first tase | 7/24/2019 | 6.1 | 2 | Reduced based on efficiency |
| REvising proofing and sending first tase section | 7/26/2019 | 6.8 | 2 | Reduced based on efficiency |
| Reviewing draft of first tase section | 8/2/2019 | 6.9 | 2 | Reduced based on efficiency |
| Reviewing draft of M. Jones reply, attempting to cut words | 8/6/2019 | 0.6 | 0.6 | |
| Reviewing draft of M. Jones reply, attempting to cut words | 8/6/2019 | 1.7 | 1 | Reduced based on efficiency |
| Looking at defendant's claims re punitive damages in n.13 of his response | 8/6/2019 | 1.9 | 1.5 | Reduced based on efficiency |
| Reading the redlining latest version of reply brief | 8/8/2019 | 2.1 | 0 | Not compensable |
| **Total** | | 102.1 | 36.1 | |