

Roderick and Solange MacArthur Justice Center
777 6th Street NW, 11th Floor
Washington, DC 20001
O 202 869 3434
F 202 869 3435

macarthurjusticecenter.org

December 28, 2018

**VIA FEDEX**
Clerk of Court
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re: *Jones v. City of New York, et al.*, 1:16-cv-08080

Dear Clerk,

Please find enclosed a check for $505.00 to cover the appellate filing fee in the above-captioned case. Please feel free to contact me with any questions or concerns.

Best,

*Emily Clark*
Emily Clark
Appellate Research Specialist

---

**RODERICK AND SOLANGE MACARTHUR JUSTICE CENTER**
9333 N MILWAUKEE AVENUE
NILES, IL 60714

3114
2-3/710

Date: DEC 28, 2018

Pay to the order of: CLERK OF COURT US DISTRICT COURT    $ 505.00

FIVE HUNDRED FIVE AND 00/100 ———————————————— Dollars

**BANK OF AMERICA**
COMMERCIAL DISBURSEMENT ACCOUNT
CHICAGO, ILLINOIS

For: JONES V CITY OF NEW YORK

⑂003114⑂ ⑆071000039⑆ 86665⑈87243⑈

Ali Decl. Ex. C Page 1

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0509207-IN
INVOICE DATE: 01/14/19

CUSTOMER NO.: 1027679
WORK ORDER NO.: 197983
SALESPERSON: CSIW

Roderick & Solange MacArthur
777 6th Street NW
Washington D.C, DC  20001
Attention:Earl Y. Lin

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | | | | | | |
|---|---|---|---|---|---|---|
| | MATTHEW JONES V POLICE OFFICER ADAM MUNI | | | | | |
| | CASE NO. | 16CV08080 | | | | |
| 11/19/2018 | Original | | 27.00 | Pages at | $5.34 | 144.18 |



CK. NO._____
DATE_____

Net Invoice: 144.18
Less Discount: 0.00
Freight: 0.00
Sales Tax: 0.00
**Invoice Total:** 144.18

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

Less Deposit: 144.1
Invoice Balance: 0.0

Ali Decl. Ex. C Page 2

To whom it may concern,

I have been asked to split invoices 43873 and 45052 into separate invoices reflecting 6 sets for the Open Brief, Reply Brief and Appendix.  However, the invoices are over 15 months old and our accounting software will not allow me to make changes after the year has been closed.  Below is break down for 6 sets of each document.

The open brief is 66 pages and 1 volume;
66 pages X 6 sets is 396 pages @ $.07 per page = $27.72
6 GBC binds @ $2.50 = $15.00
Cost per set = $7.12
Total Open brief cost is $42.72


The Reply brief is 36 pages and 1 volume
36 pages X6 sets is 216 pages @ $.07 per page = $15.12
6 GBC binds @ $2.50 = $15.00
Cost per set $5.02 per set
Total Reply brief cost is $30.12

Appendix is 193 pages and 1 volume
193 pages X6 sets 1,158 pages @ $.07 = $81.06
6 GBC binds @ $2.50 = $15.00
Cost per set is $16.01 per set
Total Appendix cost is $96.06




Sincerely,

Matt Gfeller


Matt Gfeller | Vice President

DigiSource LLC | 1313 L Street NW | Washington DC, 20005
Office (202) 789-1800 | Cell (202) 386-5727
mgfeller@digisourcellc.com  |  www.digisourcellc.com
ELECTRONIC DISCOVERY | HOSTING | PAPER DISCOVERY



# Invoice

| Date | Invoice # |
|---|---|
| 4/18/2019 | 43873 |

**Bill To**

MacArthur Justice Center
718 7th Street, NW
Washington, DC 20001

Attn: Emily Clark

*Remit to:*
*DigiSource, LLC*
*1313 L Street, NW*
*LL Suite 010*
*Washington, DC 20005*
*Ph. 202-789-1800*
*Fx. 202-789-0822*
*EIN#: 20-2580233*

| P.O./Client-Matter No. | Terms | Account Manager | Request ID | Job Number |
|---|---|---|---|---|
| M. Jones - Opening Brief | Net 30 | MG | | 38846 |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 2,204 | Print hardcopies in black & white | 0.07 | 154.28T |
| 18 | GBC Binding (per bind) | 2.50 | 45.00T |
| | Print X10 - Brief - Print X9 - Appendix | | |

DigiSource LLC's invoices are delivered in electronic format. DigiSource allows a 5 day reconciliation window for any billing dispute. Failure of payment within 90 days of bill date will result in a 1.5% additional charge monthly. In addition, customers are responsible for costs of collection including reasonable attorney fees incurred in the collection process. We appreciate your timeliness in ensuring our invoices are entered into the payment process. Thank you for your business!

Find us on-line at:
www.digisourcellc.com

| | |
|---|---|
| Subtotal | $199.28 |
| Sales Tax (6.0%) | $11.96 |
| Total | $211.24 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$211.24** |

Ali Decl. Ex. C Page 4



# Invoice

| Date | Invoice # |
|---|---|
| 8/14/2019 | 45052 |

**Bill To**

MacArthur Justice Center
718 7th Street, NW
Washington, DC 20001

Attn: Earl Lin

*Remit to:*
*DigiSource, LLC*
*1313 L Street, NW*
*LL Suite 010*
*Washington, DC 20005*
*Ph. 202-789-1800*
*Fx. 202-789-0822*
*EIN#: 20-2580233*

| P.O./Client-Matter No. | Terms | Account Manager | Request ID | Job Number |
|---|---|---|---|---|
| Matthew Jones | Net 30 | MG | | 40042 |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 390 | Print hardcopies in black & white | 0.07 | 27.30T |
| 13 | GBC Binding (per bind) | 2.50 | 32.50T |
| | Print X13 - 1 - M. Jones - Reply 2019-08-12_FINAL.pdf | | |

DigiSource LLC's invoices are delivered in electronic format. DigiSource allows a 5 day reconciliation window for any billing dispute. Failure of payment within 90 days of bill date will result in a 1.5% additional charge monthly. In addition, customers are responsible for costs of collection including reasonable attorney fees incurred in the collection process. We appreciate your timeliness in ensuring our invoices are entered into the payment process. Thank you for your business!

| | |
|---|---|
| Subtotal | $59.80 |
| Sales Tax (6.0%) | $3.59 |
| Total | $63.39 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$63.39** |

Find us on-line at:
www.digisourcellc.com

Ali Decl. Ex. C Page 5

SALES RECEIPT

**AMTRAK**

Purchased: 11/24/2019 6:38 PM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Print the attached eTicket and carry during your trip.

Merchant ID 007231 Massachusetts Ave NWWashington, DC 20001800-USA-RAILAmtrak.com
Reservation Number - 56F128WASHINGTON, DC - NEW YORK PENN, NY (Round-Trip)NOVEMBER 24, 2019
Billing Information
AMIR ALI1232 MARYLAND AVE NEWASHINGTON, DC 20002

Visa ending in 5434 (Purchase)Authorization Code 04317I
Total $430.00

Purchase Summary - Ticket Number 3280723568726
TRAIN 2168: WASHINGTON, DC - NEW YORK (PENN STATION), NYDepart 2:00 PM, Tuesday, December 10, 2019
1 ACELA BUSINESS CLASS SEAT
$215.00
Ticket Terms & ConditionsACELA SERVICE, NO PARTIAL REFUND IF USED ON OTHER SERVICE
Subtotal
$215.00
TRAIN 2153: NEW YORK (PENN STATION), NY - WASHINGTON, DCDepart 10:00 AM, Thursday, December 12, 2019
1 ACELA BUSINESS CLASS SEAT
$215.00
Ticket Terms & ConditionsACELA SERVICE, NO PARTIAL REFUND IF USED ON OTHER SERVICE
Subtotal
$215.00
Total Charged by Amtrak
$430.00
Passengers
Amir Ali
Important Information

- Try the FindYourWay app for personalized train and station information at New York Penn Station.  Download it on Google Play or the Apple App Store today.
- Tickets are non-transferable.
- Changes to your itinerary may affect your fare.  Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply.  If your travel plans change, contact us before departure to change your reservation.  If you do not board your train, your entire reservation from that point will be canceled.  If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation.  For more information please visit Amtrak.com/changes.
- Summary of Terms and Conditions:  Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after day of issue unless otherwise specified.  Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator.  Tickets sold or issued by an unauthorized third party will be voided by Amtrak.  This ticket is a contract of carriage which includes specific terms and conditions and a binding arbitration agreement between Amtrak and the ticket holder.  The terms and conditions and arbitration agreement are available at Amtrak.com/terms-and-conditions.html.  Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.
- Questions?  Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or for text telephone (TTY) 1-800-523-6590.

| Properties | Deals | Packages & Flights | Groups | Customer Service | Gift Cards | Secret Prices | | View Online |
|---|---|---|---|---|---|---|---|---|



Book online or call
**800-997-9138**

Membership Number: 51873442

**Hi Amir,**

Only 4 days to go!

As a valued customer, we want to make sure you have all the information you'll need for your stay – all in one place.

Check your details below. You can manage your booking online or call us at 800-997-9138. If you have questions about the property, please contact them directly.

We hope you enjoy your stay.

Hotels.com®



### Hotel Mulberry

52 Mulberry St New York, New York, 10013, United States of America
Contact this property directly: **+12123854633**

**View on map**

✓ Your booking is confirmed. The property will charge you a total of $392.51.

| | |
|---|---|
| **Confirmation number** | 9210397204129 |
| **Check in** | 12/10/2019 (3 PM) |
| **Check out** | 12/11/2019 (11 AM) |
| **Amenities** | ☕ Free breakfast |
| **Guests** | adults - 1 |
| **Total*** | **$392.51** |

*A local tax (if applicable) may be collected by the property either at check-in or check-out.