# Amir Ali

| | |
|---|---|
| **From:** | CA02db CampSupport <camp_support@ca2.uscourts.gov> |
| **Sent:** | Friday, January 25, 2019 4:33 PM |
| **To:** | Lee, Eric (Law); Speight, Melanie (Law); 'dzelman@civrtslaw.com'; 'alexpadilla722@gmail.com'; Amir Ali |
| **Cc:** | CA02db CampSupport |
| **Subject:** | RE: Jones v. City of New York, 18-3775 - request regarding mediation |

Dear Counselors,

Please be advised that the Circuit Mediator has reviewed the request below. The CAMP conference may be rescheduled to one of the following:

-Thursday, February 7 at 10:30 AM or 1:00 PM; or
-Thursday, February 28 at 10:30 AM or 1:00 PM.

Please confer with your adversary then propose the mutually agreeable date and time to the Court as soon as possible. Thank you for your anticipated cooperation.

> **CAMP Support**
> Civil Appeals Mediation Program (CAMP)
> United States Court of Appeals for the Second Circuit
> Thurgood Marshall United States Courthouse
> 40 Foley Square, Room 622
> New York, New York 10007
> Tel: (212) 857-8760
> Email: camp_support@ca2.uscourts.gov

*Confidentiality.* Information relating to a CAMP proceeding is confidential and is not included in court files or disclosed to the judges of this court except to the extent disclosed by an order entered as a result of a CAMP proceeding. The attorneys and other participants are prohibited from disclosing what is said in a CAMP proceeding to anyone other than clients, principals or co-counsel, and then, only upon receiving due assurance that the recipient will honor confidentiality.
**CAMP rules and forms. Mediation FAQs.**

---

**From:** Lee, Eric (Law) <erlee@law.nyc.gov>
**Sent:** Friday, January 25, 2019 11:16 AM
**To:** CA02db CampSupport <camp_support@ca2.uscourts.gov>; Dean Leslie <Dean_Leslie@ca2.uscourts.gov>
**Cc:** Speight, Melanie (Law) <mspeight@law.nyc.gov>; 'dzelman@civrtslaw.com' <dzelman@civrtslaw.com>; 'alexpadilla722@gmail.com' <alexpadilla722@gmail.com>; 'amir.ali@macarthurjustice.org' <amir.ali@macarthurjustice.org>
**Subject:** Jones v. City of New York, 18-3775 - request regarding mediation

Dear Mr. Leslie:

I am appellate counsel for the appellees in the above-referenced matter. I write to request the cancellation of the mediation scheduled for this upcoming Tuesday, January 29.

While the City understands and appreciates the value and goal of the CAMP program, the City's position is that this is a "no-pay" case. I have confirmed that this remains the City's position, and I do not foresee that this position will change in light of the facts and procedural posture of the case.

If the mediation is not cancelled, I ask that in the alternative it be postponed to another date due to scheduling issues.

Because the CAMP conference order was docketed on January 7, over two weeks before I was assigned to this matter and submitted my notice of appearance on January 24, I did not receive an automatic notification, and did not learn of the scheduled conference until I checked the docket yesterday.

Additionally, the City's trial counsel for this case, who would participate in the mediation, informs me that she is currently handling a trial in *Thompson v. Clark*, 14-CV-7349, in the Eastern District of New York, that may extend into next week. Jones's attorney who filed his notice of appeal, David Zelman, is actually opposing counsel in that case, too.

Respectfully submitted,

Eric

Eric Lee
Senior Counsel | Appeals Division
New York City Law Department
Office of the Corporation Counsel
100 Church Street
New York, New York 10007
212.356.4053 | erlee@law.nyc.gov

Ali Decl. Ex. D Page 2