

T**HE** C**ITY OF** N**EW** Y**ORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**MELANIE SPEIGHT**
*Senior Counsel*
Phone: (212) 356-2425
Fax: (212) 356-3509
mspeight@law.nyc.gov

September 21, 2020

**VIA ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Matthew Jones v. Lieutenant Treubig, 16-CV-8080 (JGK) (KNF)

Your Honor:

I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, representing defendant Lieutenant Christopher Treubig in the above-referenced civil action.  Defendant writes respectfully, with plaintiff's consent, to request that the Court extend the parties' time to file opposition and reply papers associated with plaintiff's motion for attorneys' fees.  This is the first such request.

Plaintiff filed his fee application on September 7, 2020.  Pursuant to Local Civil Rule 6.1, defendant's memorandum of law in opposition to plaintiff's motion is due September 21, 2020, and plaintiff's reply, if any, is due on September 28, 2020. The parties require additional time to complete their submissions and have agreed upon a modified schedule, subject to the Court's approval.  Defendant respectfully requests, with plaintiff's consent, that the Court extend the briefing schedule as follows: defendant's opposition to plaintiff's fee application by October 2, 2020; and plaintiff's reply in further support, if any, by October 19, 2020.

Thank you for your consideration herein.

Respectfully submitted,

/s/ *Melanie Speight*
Melanie Speight
*Senior Counsel*

1

CC:   <u>VIA ECF</u>
        Amir Ali
        Alexis Padilla
        David Zelman
        *Plaintiff's Counsel*