

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | MELANIE SPEIGHT<br>*Senior Counsel*<br>Phone: (212) 356-2425<br>Fax: (212) 356-3509<br>mspeight@law.nyc.gov |
|---|---|---|

September 24, 2020

**VIA ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Matthew Jones v. Lieutenant Treubig</u>, 16-CV-8080 (JGK) (KNF)

Your Honor:

      I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, representing defendant Lieutenant Christopher Treubig in the above-referenced civil action. Defendant writes respectfully, with plaintiff's consent, to request that the Court extend defendant's time to serve his reply in further support of defendant's motion pursuant to Fed. R. Civ. P. 59, from September 25, 2020, until October 2, 2020. This is the first such request.

      Thank you for your consideration herein.

      Respectfully submitted,

      /s/ *Melanie Speight*
      Melanie Speight
      *Senior Counsel*

CC:    <u>VIA ECF</u>
           Amir Ali
           Alexis Padilla
           David Zelman
           *Plaintiff's Counsel*