# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **Sept. 25, 2020**

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of September, two thousand twenty.

_____

Matthew Jones,

        Plaintiff - Appellant,

v.

Lieutenant Christopher Treubig,

        Defendant - Appellee,

City of New York, Police Officer Adam Muniz, Police Officer Michael Vaccaro, Undercover Officer #349, Police Officer John Doe #1, Police Officer John Doe #2, Police Officer Jane Doe, Officer John Doe #2,

        Defendants.

_____

**STATEMENT OF COSTS**

Docket No. 18-3775

     IT IS HEREBY ORDERED that costs are taxed in the amount of $673.90 in favor of the Appellant.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09/25/2020