

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: **10-1-20**

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JAMES E. JOHNSON
*Corporation Counsel*

MELANIE SPEIGHT
*Senior Counsel*
Phone: (212) 356-2425
Fax: (212) 356-3509
mspeight@law.nyc.gov

September 30, 2020

**VIA ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**

10/1/20
John G. Koeltl, U.S.D.J.

Re: <u>Matthew Jones v. Lieutenant Treubig</u>, 16-CV-8080 (JGK) (KNF)

Your Honor:

  I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, representing defendant Lieutenant Christopher Treubig in the above-referenced civil action. Defendant writes respectfully to request that the Court extend the parties' time to file opposition and reply papers associated with plaintiff's motion for attorneys' fees.

  This is the second such request and the third request to extend the briefing schedule generally. By Order, dated August 21, 2020, the Court granted plaintiff's request for a two week extension of time to file his motion for attorneys' fees. Defendant consented to that application. By Order, dated September 21, 2020, the Court granted defendant's request, made on consent, to extend the parties' deadlines for filing opposition and reply briefs such that defendant's opposition would be filed by October 2, 2020, and plaintiff's reply would be filed by October 19, 2020. Defendant now seeks a brief extension of the deadline for filing his memorandum of law in opposition to plaintiff's motion for attorneys' fees from October 2, 2020, until October 7, 2020. Plaintiff does not consent to this application. If granted, defendant requests, with plaintiff's consent, a corresponding extension of plaintiff's time to file a reply from October 19, 2020, until October 26, 2020.

  The undersigned has been out of town and just recently returned on September 27, 2020. This week, the undersigned has a particularly heavy workload including a deposition, trial preparation for a bench trial before the Honorable Denise L. Cote that commences on October 21, 2020, and completing defendants' reply brief in further support of his motion for a new trial and remittitur in this case, which is due on October 2, 2020. The undersigned anticipated that

1

these issues may necessitate a brief need for more time and discussed that with plaintiff's counsel in making the last application. The undersigned did not seek more time then because plaintiff only consented to October 2, 2020. The undersigned anticipates that additional time will be needed to properly respond to plaintiff's fee application and has conveyed this to plaintiff's counsel. However, plaintiff does not consent to the brief extension.

Accordingly, defendant respectfully requests that the Court extend defendant's time to file his opposition to plaintiff's motion for attorneys' fees from October 2, 2020, until October 7, 2020, and extend plaintiff's deadline for filing a reply from October 19, 2020, until October 26, 2020.

Thank you for your consideration herein.

Respectfully submitted,

/s/ *Melanie Speight*
Melanie Speight
*Senior Counsel*

CC:   VIA ECF
      Amir Ali
      Alexis Padilla
      David Zelman
      *Plaintiff's Counsel*

2