**SUPPLEMENTAL TIME RECORD FOR ALEXIS PADILLA**

| | | |
|---|---|---|
| 08/07/2020 | Researching Case Law and Drafting Plaintiff's Fee Application | 8 |
| 08/07/2020 | Email with David Zelman and Amir Ali | 3.1 |
| 08/08/2020 | Researching Case Law and Drafting Plaintiff's Fee Application | 8 |
| 08/08/2020 | Email with David Zelman and Amir Ali | .5 |
| 08/09/2020 | Email with David Zelman and Amir Ali | .3 |
| 08/10/2020 | Reviewing Court's Entry of Judgment | .1 |
| 08/10/2020 | Zoom conference with David Zelman, Amir Ali and Megha Ram | 1 |
| 08/12/2020 | Reviewing Second Draft of Plaintiff's Fee Application | 1 |
| 08/14/2020 | Email with David Zelman and Amir Ali | .4 |
| 08/15/2020 | Email with David Zelman and Amir Ali | .8 |
| 08/16/2020 | Email with David Zelman and Amir Ali | .4 |
| 08/20/2020 | Email with David Zelman and Amir Ali | .7 |
| 08/21/2020 | Email with David Zelman and Amir Ali | 1.8 |
| 09/04/2020 | Reviewing Final Draft of Plaintiff's Fee Application | .5 |
| 09/04/2020 | Email with David Zelman and Amir Ali | 2.1 |
| 09/05/2020 | Reviewing Defendant's Motion for New Trial | 2 |
| 09/05/2020 | Preparing Attorney Affidavit for Plaintiff's Fee Application | 1 |
| 09/08/2020 | Email with David Zelman and Amir Ali | 2.4 |
| 09/10/2020 | Email with David Zelman and Amir Ali | .3 |
| 09/14/2020 | Reviewing Plaintiff's Opposition to Defendant's Motion for New Trial | 1 |
| 09/18/2020 | Email with David Zelman and Amir Ali | 2.2 |
| 10/13/2020 | Reviewing Defendant's Opposition to Plaintiff's Fee Application | 2 |
| 10/14/2020 | Email with David Zelman and Amir Ali | .3 |
| | Total Hours: | 39.9 |
| | | |