**SUPPLEMENTAL TIME RECORDS FOR ATTORNEY AMIR H. ALI**
**CURRENT SEPTEMBER 5, 2020 THROUGH NOVEMBER 2, 2020**

| Description | Date | Time |
|---|---|---|
| Reviewed City's motion for new trial. | 9/5/2020 | 0.3 |
| Conducted research for opposition to new trial motion. | 9/5/2020 | 1.5 |
| Finalize fee application | 9/7/2020 | 0.7 |
| Conducted research for opposition to new trial motion. | 9/14/2020 | 3.5 |
| Conducted research for opposition to motion for new trial | 9/15/2020 | 1.9 |
| Drafting and revising opposition to motion for new trial. | 9/15/2020 | 2.6 |
| Drafting and revising opposition to motion for new trial. | 9/16/2020 | 3.3 |
| Drafted argument response to punitive damages challenge. | 9/17/2020 | 2.1 |
| Proofread and finalized brief for filing. | 9/18/2020 | 0.9 |
| Conduct research for fee reply. | 10/28/2020 | 0.5 |
| Draft fee reply section re lodestar. | 10/29/2020 | 1.6 |
| Draft fee reply section re adjustment | 10/30/2020 | 1.4 |
| Revise fee reply. | 11/1/2020 | 0.6 |

**Total** 20.9