UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW JONES,

               Plaintiff,         16-cv-8080 (JGK)

     - against -           ORDER

CITY OF NEW YORK ET AL.,

               Defendants.

JOHN G. KOELTL, District Judge:

For reasons stated on the record at the teleconference held today, the motion for new trial or remittitur pursuant to Rule 59 of the Federal Rules of Civil Procedure, ECF No. 138, is **denied**.

The Clerk is directed to close ECF No. 138.

SO ORDERED.

Dated:    New York, New York
          May 3, 2021

                                  John G. Koeltl
                            United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-3-21